IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: § | | CHAPTER 7 |
| § | | |
| JENKO CONTRACTORS, INC. § | | CASE NO. 09-40216-btr-7 |
| § | | |
| Debtor. § | | |
| § | | |
| MICHELLE H. CHOW, JR., CHAPTER 7 § | | |
| TRUSTEE, ON BEHALF OF THE § | | |
| ESTATE OF JENKO CONTRACTORS, § | | |
| INC. § | | |
| § | | |
| Plaintiff, § | | |
| § | | |
| v. § | | ADVERSARY NO. 09-04238 |
| § | | |
| FIDELITY AND DEPOSIT COMPANY OF § | | |
| MARYLAND, COLONIAL AMERICAN § | | |
| CASUALTY AND SURETY COMPANY and § | | |
| MERIDIAN COMMERCIAL, L.P. § | | |
| § | | |
| Defendants. § | | |

## NOTICE OF FIRM CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that McGuire, Craddock & Strother, P.C. has relocated its office to the following address:

> McGuire, Craddock & Strother, P.C.
> 2501 N. Harwood St., Suite 1800
> Dallas, Texas 75201
> Telephone: 214/954-6800
> Fax: 214/954-6850

Please reflect this change in all future pleadings, notices and other papers served or filed in the above-captioned matter.

Dated: January 12, 2010.

                                            **McGUIRE, CRADDOCK & STROTHER, P.C.**

                                            By: /s/Steven E. Kennedy  (01/12/10)
                                            **Steven E. Kennedy, State Bar No. 11304400**
                                            **McGUIRE, CRADDOCK & STROTHER, P.C.**
                                            **2501 N. Harwood St., Suite 1800**
                                            **Dallas, TX 75201**
                                            **Telephone: 214/954-6800**
                                            **Fax: 214/ 954-6850**
                                            **Email: skennedy@mcslaw.com**
                                            **SPECIAL COUNSEL FOR MICHELLE H. CHOW, CHAPTER 7 TRUSTEE**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Notice was served electronically on all parties receiving notice thereby, and/or vis first class regular mail, on the 12th day of January, 2010, to the following parties:

Fidelity and Deposit Company of Maryland
c/o Corporation Service Company, Registered Agent
211 East 7th Street, Suite 620
Austin, TX 78701-3218
**DEFENDANT**

Colonial American Casualty and Surety Company
c/o Corporation Service Company, Registered Agent
211 East 7th Street, Suite 610
Austin, TX 78701-3218
**DEFENDANT**

Scott Griffith, Esq.
Curtis Hubbard, Esq.
William Stewart Shurtleff, Esq.
Griffith Nixon Davison, P.C.
5420 LBJ Freeway, Suite 900
Dallas, TX 75240
**ATTORNEYS FOR DEFENDANT: COLONIAL AMERICAN CASUALTY AND SURETY COMPANY**

Meridian Commercial, L.P.
c/o Anthony A. Hernandez, Registered Agent
5949 Sherry Lane, Suite 1100
Dallas, TX 75225
**DEFENDANT**

/s/Steven E. Kennedy  (01/12/10)
**Steven E. Kennedy**

@PFDesktop\::ODMA/MHODMA/SQLSERVER;DMS;625014;1